**Robert F. ROBERTS, Plaintiff-Appellee,**

v.

**Arthur S. FLEMMING, Secretary of Health, Education and Welfare, Defendant-Appellant.**

**No. 14467.**

United States Court of Appeals
Sixth Circuit.

Feb. 8, 1961.

J. H. Reddy, U. S. Atty., Knoxville, Tenn., for appellant.

A. B. Cooper, Jr., Bristol, Va., Hal. H. Carr, Blountville, Tenn., for appellee.

ORDER.

Upon application of the appellant and agreement of appellee, as evidenced by the signatures of their respective counsel hereto, it is,

Ordered that appellant's appeal be, and the same is hereby, dismissed, and the case stricken from the docket.

**Galen SCOTT, Appellant,**

v.

**Hon. Joseph F. GAGLIARDI, District Attorney of Westchester County, and Francis S. McGarvey, Superintendent of New York State Police, Appellees.**

**No. 62, Docket 26308.**

United States Court of Appeals
Second Circuit.

Submitted Oct. 13, 1960.

Decided March 7, 1961.

Henry A. Lowenberg, New York City, for appellant.

Harry G. Herman, County Atty., of Westchester County, White Plains, N. Y. (Irving Libenson, Asst. County Atty., Mt. Vernon, N. Y., on brief), for appellee, Joseph F. Gagliardi, District Atty., of Westchester County.

Louis J. Lefkowitz, Atty. Gen. (Philip Kahaner, Asst. Atty. Gen., on brief), for appellee, Francis S. McGarvey, Superintendent of New York State Police.

Before CLARK, MAGRUDER and FRIENDLY, Circuit Judges.

PER CURIAM.

Affirmed upon the authority of Pugach v. Dollinger, 1961, 81 S.Ct. 650.

**UNITED STATES of America,**

v.

**Harry Jack BLOOMER, alias John Jack Bleamer, Appellant.**

**No. 13335.**

United States Court of Appeals
Third Circuit.

Submitted March 6, 1961.

Decided March 13, 1961.

Harry Jack Bloomer, pro se.

Daniel H. Jenkins, U. S. Atty., William D. Morgan, Asst. U. S. Atty., Scranton, Pa., for appellee.

Before GOODRICH, McLAUGHLIN and FORMAN, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of the district court denying relief to the petitioner in a proceeding which the district court considered to be in the nature of a petition under 28 U.S.C. § 2255. We think there is no merit in the appeal.

The judgment of the district court will be affirmed.